AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MATT GRAVES,<br>   Plaintiff | )<br>)<br>)  **JUDGMENT IN A CIVIL CASE** |
| v. | )  CASE NO. 5:10-CV-382-D<br>) |
| WAKE COUNTY SOUTH WILMINGTON<br>STREET CENTER,<br>   Defendant. | )<br>)<br>) |

**Decision by Court.**

  IT IS ORDERED AND ADJUDGED that the court has reviewed the M&R and the record and is satisfied that there is no clear error on the fact of the record. Plaintiff's application to proceed in forma pauperis is GRANTED, and plaintiff's complaint is DISMISSED as frivolous. The Clerk is DIRECTED to close this case.

  THE ABOVE JUDGMENT WAS ENTERED TODAY, **November 12, 2010**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

Matt Graves (via regular mail to South Wilmington Street Center, 1420 S. Wilmington Street, Raleigh, NC 27603, Attention: Front Desk)

| | |
|---|---|
| November 12, 2010 | DENNIS P. IAVARONE |
| Date | Clerk of Court |
| | /s/ Susan K. Edwards |
| *Wilmington, North Carolina* | *(By) Deputy Clerk* |